IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SARAH C. WHITE, Individually and as Special Administrator of THE ESTATE OF STEFAN BOURNAKEL, Deceased, and as Next Friend of NICOS ROBERT BOURNAKEL, a minor,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CAROL ANN SABATINO, BOB'S MAUI DIVE SHOP, INC. dba MAUI DIVE SHOP, a Hawaii Corporation; 3090 INCORPORATED, a Hawaii Corporation; RONALD E. WALLACH; COUNTY OF MAUI; FRANKLYN L. SILVA, Individually and in his capacity as Director of the Department of Liquor Control, County of Maui; WAYNE M. PAGAN, Individually and in his capacity as Deputy Director of the Department of Liquor Control, County of Maui; JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ASSOCIATES 1-20; DOE GOVERNMENTAL AGENCIES 1-20; and OTHER ENTITIES 1-20,<br><br>　　　　IN PERSONAM<br><br>and M/V ALII NUI O.N. 567359<br><br>　　　　IN REM<br><br>　　　　Defendants. | Civ. No. 04-00500 ACK/LEK<br>Civ. No. 05-00025 ACK/LEK |

| | |
|---|---|
| **FRANKLYN SILVA, WAYNE M. PAGAN, AND COUNTY OF MAUI,** | ) ) ) |
| Cross-claimants, | ) ) |
| v. | ) ) |
| **CAROL ANN SABATINO, ROBERT WALLACH, BOB'S MAUI DIVE SHOP, INC. dba MAUI DIVE SHOP, a Hawaii Corporation; and 3090 INCORPORATED, a Hawaii Corporation,** | ) ) ) ) ) ) ) |
| Cross-Defendants. | ) ) |
| **FRANKLYN L. SILVA, WAYNE M. PAGAN, COUNTY OF MAUI,** | ) ) ) |
| Third-Party Plaintiffs, | ) ) ) |
| v. | ) ) |
| **CAROL ANN SABATINO,** | ) ) |
| Third-Party Defendant. | ) ) ) |
| **IN THE MATTER OF THE COMPLAINT OF 3090, INCORPORATED, a Hawaii Corporation as owners of the M/V ALII NUI O.N. 567359, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY.** | ) ) ) ) ) ) ) ) ) ) |

## ORDER RE. STIPULATION FOR DISMISSAL OF DEFENDANT BOB'S MAUI DIVE SHOP, INC., dba MAUI DIVE SHOP

On February 22, 2007, Defendant Maui Dive Shop submitted a Stipulation for Partial Dismissal With Prejudice Re: Defendant Bob's Maui Dive Shop, Inc., dba Maui Dive Shop. The stipulation between Plaintiffs and Maui Dive Shop proposed to dismiss with prejudice all claims against Maui Dive Shop pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which allows a plaintiff to dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared in the action.

Defendant Bob's Maui Dive Shop, Inc., dba Maui Dive Shop ("Maui Dive Shop") and the Plaintiffs have reached a settlement agreement. On November 16, 2006, Maui Dive Shop filed a Petition for Determination of Good Faith Settlement before Magistrate Judge Kobayashi. On December 1, 2006, Defendants Franklyn L. Silva and Wayne M. Pagan, filed objections to the Petition on their behalf in their individual and official capacities, and on behalf of the Defendant County of Maui ("County Defendants"). Defendant 3090, Inc., filed an opposition to the petition on December 4, 2006.

On January 16, 2007, Magistrate Judge Kobayashi entered an Order granting Maui Dive Shop's Petition for Determination of

3

Good Faith Settlement.[1]

On November 22, 2006, Franklyn L. Silva and Wayne M. Pagan filed a cross-claim in their individual capacities against Defendants Carol Ann Sabatino, Maui Dive Shop, and 3090, Inc., and Ronald E. Wallach.  On January 16, 2007, The County of Maui, Franklyn L. Silva, and Wayne M. Pagan in their official capacities filed a cross-claim against Defendants Carol Ann Sabatino, Maui Dive Shop, and 3090, Inc.

The instant stipulation does not meet the requirements of Rule 41(a)(1) because the County Defendants refused to sign the stipulation.  Thus, the stipulation is ineffective as a voluntary dismissal under Rule 41(a)(1).

The Court grants Plaintiffs leave to file a motion to dismiss the action against Maui Dive Shop pursuant to Rule 41(a)(2), which allows voluntary dismissal by Order of the Court.  If a motion is filed pursuant to Rule 41(a)(2), Defendants' opposition shall be filed and served not more than eleven (11) days after service of the motion.  Any reply must be filed not more than eleven (11) days after service of the opposition.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, March 15, 2007.

---

[1] The Court questions whether Cross-Defendant/Third Party Defendant Carol Ann Sabatino and Cross-Defendant Robert Wallach have been properly served in this matter.



_____
Alan C. Kay
Senior United States District Judge

WHITE, et al., v. SABATINO, et al., Civ. No. 04-00500 ACK-LEK, Civ. No. 05-00025 ACK-LEK, ORDER RE. STIPULATION FOR DISMISSAL OF DEFENDANT BOB'S MAUI DIVE SHOP, INC., dba MAUI DIVE SHOP.