IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SARAH C. WHITE, etc., ) | CV 04-00500ACK-LEK |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | |
| CAROL ANN SABATINO, et al, ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on February 12, 2007 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master On Defendant/Cross-Defendant Bob's Maui Dive Shop, Inc.'s Objections To Defendant And Cross-Claimant Ronald E. Wallach's Bill of Costs To Defendants Bob's Maui Dive Shop, Inc. And 3090 Incorporated" is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED, HONOLULU, HAWAI`I, March 20, 2007.



_____
Alan C. Kay
Sr. United States District Judge