IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SARAH C. WHITE, Individually and as Special Administrator of THE ESTATE OF STEFAN BOURNAKEL, Deceased, and as Next Friend of NICOS ROBERT BOURNAKEL, a minor, | ) ) ) ) ) ) ) | Civ. No. 04-00500 ACK/LEK<br>Civ. No. 05-00025 ACK/LEK |
|        Plaintiffs, | ) ) | |
|    vs. | ) ) | |
| CAROL ANN SABATINO, BOB'S MAUI DIVE SHOP, INC. dba MAUI DIVE SHOP, a Hawaii Corporation; 3090 INCORPORATED, a Hawaii Corporation; RONALD E. WALLACH; COUNTY OF MAUI; FRANKLYN L. SILVA, Individually and in his capacity as Director of the Department of Liquor Control, County of Maui; WAYNE M. PAGAN, Individually and in his capacity as Deputy Director of the Department of Liquor Control, County of Maui; JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ASSOCIATES 1-20; DOE GOVERNMENTAL AGENCIES 1-20; and OTHER ENTITIES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
|        IN PERSONAM | ) ) | |
| and M/V ALII NUI O.N. 567359 | ) ) | |
|        IN REM | ) ) | |
|        Defendants. | ) ) | |

1

```
FRANKLYN SILVA, WAYNE M.            )
PAGAN, AND COUNTY OF MAUI,          )
                                    )
          Cross-claimants,          )
                                    )
     vs.                            )
                                    )
CAROL ANN SABATINO, ROBERT          )
WALLACH, BOB'S MAUI DIVE SHOP,      )
INC. dba MAUI DIVE SHOP, a          )
Hawaii Corporation; and 3090        )
INCORPORATED, a Hawaii              )
Corporation,                        )
                                    )
          Cross-Defendants.         )
_____ )
                                    )
                                    )
FRANKLYN L. SILVA, WAYNE M.         )
PAGAN,                              )
                                    )
          Third-Party               )
          Plaintiffs,               )
                                    )
     vs.                            )
                                    )
                                    )
CAROL ANN SABATINO,                 )
                                    )
          Third-Party               )
          Defendant.                )
_____ )
                                    )
                                    )
IN THE MATTER OF THE COMPLAINT      )
OF 3090, INCORPORATED, a            )
Hawaii Corporation as owners        )
of the M/V ALII NUI O.N.            )
567359, FOR EXONERATION FROM        )
AND/OR LIMITATION OF                )
LIABILITY.                          )
_____ )
```

<u>ORDER ADOPTING REPORT OF SPECIAL MASTER</u>

On March 7, 2008, Defendant, Ronald E. Wallach filed a Bill of Costs.  On July 3, 2008, Judge Kobayashi filed A Report of Special Master.  No objections to that report were filed by either party.  On July 13, 2008, Defendant filed Supplemental Submission in Support of his Bill of Costs.  On August 12, 2008, Judge Kobayashi filed A Report of Special Master on Defendant's Supplemental Submission in Support of his Bill of Costs.  No objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the July 3, 2008 and August 12, 2008 special masters reports are adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATE: Honolulu, HI, September 3, 2008.

_____
Alan C. Kay
Sr. United States District Judge